UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

Michael S Mussetter,                               Case No. 21-41615

                        Debtor.                  Chapter 7
-------------------------------------------------------------x

### DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES

Michael S Mussetter, the above-captioned debtor, hereby declares as follows:

1. Bankruptcy Code Section 521 requires consumer debtors to file payment advices reflecting the income received by an employer in the 60 days preceding the filing of a bankruptcy petition. Attached are the payment advices received during that time.

2. I swear under penalty of perjury that the foregoing is true and accurate.


Dated: June 24, 2021
       Queens, New York

                                                   __/s/Michael S Mussetter
                                                   Michael S Mussetter

# Statement

|  |  |
|---|---|
| 200 6th St<br>Suite 3G<br>Brooklyn, NY 11215<br>973-908-7410 | XXX-XX-1363<br>41-07 Crescent ST #4B<br>Long Island City, NY 11101 |

Pay period: Apr 5, 2021 - Apr 11, 2021 Pay Day: Apr 16, 2021
Michael Mussetter's bank account ( . . . 7123): $898.86

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 40.0 | $1,153.85 | $9,230.80 |
| Total Hours Worked |  | 40.0 |  |  |
| Commission |  |  | $0.00 | $1,100.00 |
| Additional Earnings |  |  | $0.00 | $2,307.69 |
| Gross Earnings |  |  | $1,153.85 | $12,638.49 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $72.89 | $863.52 |
| Social Security | $71.54 | $783.59 |
| Medicare | $16.73 | $183.26 |
| NY State Withholdings Tax | $55.23 | $613.28 |
| New York City Tax | $38.60 | $426.34 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $71.54 | $783.59 |
| Medicare | $16.73 | $183.26 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.87 | $8.87 |
| NY SUI | $49.90 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,153.85 | $12,638.49 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $254.99 | $2,869.99 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $898.86 | $9,768.50 |
| Total Reimbursements | $0.00 | $0.00 |

| Check Amount | $898.86 | $9,768.50 |
|---|---|---|

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 40.00 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 0.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 0.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: Off-Cycle Payroll
Mar 1, 2021 - Mar 31, 2021 Pay Day: Apr 15, 2021
Michael Mussetter's bank account ( . . . 7123): $720.59

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | | | | $8,076.95 |
| Total Hours Worked | | 0.0 | | |
| Commission | | | $900.00 | $1,100.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $900.00 | $11,484.64 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $42.42 | $790.63 |
| Social Security | $55.80 | $712.05 |
| Medicare | $13.05 | $166.53 |
| NY State Withholdings Tax | $40.07 | $558.05 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $55.80 | $712.05 |
| Medicare | $13.05 | $166.53 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.05 | $8.00 |

| New York City Tax | | $28.07 | $387.74 | NY SUI | | $2.66 | $424.67 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---:|---:|
| Gross Earnings | $900.00 | $11,484.64 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $179.41 | $2,615.00 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $720.59 | $8,869.64 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $720.59 | $8,869.64 |

**Paid Time Off Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 40.00 |

**Sick Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 0.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 0.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: Apr 12, 2021 - Apr 18, 2021    Pay Day: Apr 23, 2021

Michael Mussetter's bank account ( . . . 7123): $898.86

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 40.0 | $1,153.85 | $10,384.65 |
| Total Hours Worked | | 40.0 | | |
| Commission | | | $0.00 | $1,100.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $1,153.85 | $13,792.34 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $72.89 | $936.41 |
| Social Security | $71.54 | $855.13 |
| Medicare | $16.73 | $199.99 |
| NY State Withholdings Tax | $55.23 | $668.51 |
| New York City Tax | $38.60 | $464.94 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $71.54 | $855.13 |
| Medicare | $16.73 | $199.99 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.00 | $8.87 |
| NY SUI | $0.00 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,153.85 | $13,792.34 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $254.99 | $3,124.98 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $898.86 | $10,667.36 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $898.86 | $10,667.36 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|

**Sick Policy**

| Description | Hours |
|---|---|

| Hours used this period | 0.00 | Hours used this period | 0.00 |
|---|---|---|---|
| Hours accrued this period | 0.00 | Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 40.00 | Remaining Sick Balance | 0.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 0.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: Apr 19, 2021 - Apr 25, 2021 Pay Day: Apr 30, 2021
Michael Mussetter's bank account ( . . . 7123): $1,048.87

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 32.0 | $923.08 | $11,307.73 |
| Total Hours Worked | | 32.0 | | |
| Paid Holidays | $28.85 | 8.0 | $230.77 | $230.77 |
| Commission | | | $0.00 | $1,100.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $1,153.85 | $14,946.19 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $72.89 | $1,009.30 |
| Social Security | $71.53 | $926.66 |
| Medicare | $16.73 | $216.72 |
| NY State Withholdings Tax | $55.23 | $723.74 |
| New York City Tax | $38.60 | $503.54 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $71.53 | $926.66 |
| Medicare | $16.73 | $216.72 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.00 | $8.87 |
| NY SUI | $0.00 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|

| | | | |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,153.85 | $14,946.19 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $254.98 | $3,379.96 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $898.87 | $11,566.23 |
| Total Reimbursements | $150.00 | $150.00 |
| Meal | $150.00 | $150.00 |
| Check Amount | $1,048.87 | $11,716.23 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 40.00 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 0.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 0.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: Apr 26, 2021 - May 2, 2021 Pay Day: May 7, 2021
Michael Mussetter's bank account ( . . . 7123): $898.86

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 40.0 | $1,153.85 | $12,461.58 |
| Total Hours Worked | | 40.0 | | |
| Paid Holidays | | | | $230.77 |
| Commission | | | $0.00 | $1,100.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $1,153.85 | $16,100.04 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $72.89 | $1,082.19 |
| Social Security | $71.54 | $998.20 |
| Medicare | $16.73 | $233.45 |
| NY State Withholdings Tax | $55.23 | $778.97 |
| New York City Tax | $38.60 | $542.14 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $71.54 | $998.20 |
| Medicare | $16.73 | $233.45 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.00 | $8.87 |
| NY SUI | $0.00 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,153.85 | $16,100.04 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $254.99 | $3,634.95 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $898.86 | $12,465.09 |
| Total Reimbursements | $0.00 | $150.00 |
| Meal | $0.00 | $150.00 |
| Check Amount | $898.86 | $12,615.09 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|

**Sick Policy**

| Description | Hours |
|---|---|

| Hours used this period | 0.00 | Hours used this period | 0.00 |
|---|---|---|---|
| Hours accrued this period | 0.00 | Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 40.00 | Remaining Sick Balance | 0.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 0.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: May 3, 2021 - May 9, 2021 Pay Day: May 14, 2021
Michael Mussetter's bank account ( . . . 7123): $2,023.81

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 40.0 | $1,153.85 | $13,615.43 |
| Total Hours Worked | | 40.0 | | |
| Paid Holidays | | | | $230.77 |
| Commission | | | $1,750.00 | $2,850.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $2,903.85 | $19,003.89 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $369.14 | $1,451.33 |
| Social Security | $180.04 | $1,178.24 |
| Medicare | $42.11 | $275.56 |
| NY State Withholdings Tax | $175.87 | $954.84 |
| New York City Tax | $112.88 | $655.02 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $180.04 | $1,178.24 |
| Medicare | $42.11 | $275.56 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.00 | $8.87 |
| NY SUI | $0.00 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|

| None | – | $0.00 | $0.00 |
|---|---|---|---|

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,903.85 | $19,003.89 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $880.04 | $4,514.99 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $2,023.81 | $14,488.90 |
| Total Reimbursements | $0.00 | $150.00 |
| Meal | $0.00 | $150.00 |
| Check Amount | $2,023.81 | $14,638.90 |

Paid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 40.00 |

Sick Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 40.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 8.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: May 10, 2021 - May 16, 2021 Pay Day: May 21, 2021
Michael Mussetter's bank account ( . . . 7123): $898.86

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $28.85 | 16.0 | $461.54 | $14,076.97 |
| Total Hours Worked | | 16.0 | | |
| Paid Holidays | | | | $230.77 |
| Paid Time Off | $28.85 | 24.0 | $692.31 | $692.31 |
| Commission | | | $0.00 | $2,850.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $1,153.85 | $20,157.74 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $72.89 | $1,524.22 |
| Social Security | $71.54 | $1,249.78 |
| Medicare | $16.73 | $292.29 |
| NY State Withholdings Tax | $55.23 | $1,010.07 |
| New York City Tax | $38.60 | $693.62 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $71.54 | $1,249.78 |
| Medicare | $16.73 | $292.29 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.00 | $8.87 |
| NY SUI | $0.00 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,153.85 | $20,157.74 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $254.99 | $4,769.98 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $898.86 | $15,387.76 |
| Total Reimbursements | $0.00 | $150.00 |
| Meal | $0.00 | $150.00 |
| Check Amount | $898.86 | $15,537.76 |

**Paid Time Off Policy**

**Sick Policy**

| Description | Hours | Description | Hours |
|---|---|---|---|
| Long weekend! (5/10/2021 - 5/12/2021) | -24.00 | Hours used this period | 0.00 |
| Hours accrued this period | 0.00 | Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 16.00 | Remaining Sick Balance | 40.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 8.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: May 17, 2021 - May 23, 2021 Pay Day: May 28, 2021
Michael Mussetter's bank account ( . . . 7123): $898.86

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $28.85 | 40.0 | $1,153.85 | $15,230.82 |
| Total Hours Worked | | 40.0 | | |
| Paid Holidays | | | | $230.77 |
| Paid Time Off | | | | $692.31 |
| Commission | | | $0.00 | $2,850.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $1,153.85 | $21,311.59 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $72.89 | $1,597.11 |
| Social Security | $71.54 | $1,321.32 |
| Medicare | $16.73 | $309.02 |
| NY State Withholdings Tax | $55.23 | $1,065.30 |
| New York City Tax | $38.60 | $732.22 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $71.54 | $1,321.32 |
| Medicare | $16.73 | $309.02 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.00 | $8.87 |
| NY SUI | $0.00 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---:|---:|
| Gross Earnings | $1,153.85 | $21,311.59 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $254.99 | $5,024.97 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $898.86 | $16,286.62 |
| Total Reimbursements | $0.00 | $150.00 |
| Meal | $0.00 | $150.00 |
| Check Amount | $898.86 | $16,436.62 |

Paid Time Off Policy

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 16.00 |

Sick Policy

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 40.00 |

Floating holiday Policy

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 8.00 |

# Michael Mussetter Earnings Statement

Pay period: May 24, 2021 - May 30, 2021 Pay Day: Jun 4, 2021

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Michael Mussetter's bank account ( . . . 7123): $898.86

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 40.0 | $1,153.85 | $16,384.67 |
| Total Hours Worked | | 40.0 | | |
| Paid Holidays | | | | $230.77 |
| Paid Time Off | | | | $692.31 |
| Commission | | | $0.00 | $2,850.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $1,153.85 | $22,465.44 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $72.89 | $1,670.00 |
| Social Security | $71.54 | $1,392.86 |
| Medicare | $16.73 | $325.75 |
| NY State Withholdings Tax | $55.23 | $1,120.53 |
| New York City Tax | $38.60 | $770.82 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $71.54 | $1,392.86 |
| Medicare | $16.73 | $325.75 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.00 | $8.87 |
| NY SUI | $0.00 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,153.85 | $22,465.44 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $254.99 | $5,279.96 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $898.86 | $17,185.48 |
| Total Reimbursements | $0.00 | $150.00 |
| Meal | $0.00 | $150.00 |

| Check Amount | | $898.86 | $17,335.48 |
|---|---|---|---|

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 16.00 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 40.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 8.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: May 31, 2021 - Jun 6, 2021 Pay Day: Jun 11, 2021
Michael Mussetter's bank account ( . . . 7123): $898.86

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 32.0 | $923.08 | $17,307.75 |
| Total Hours Worked | | 32.0 | | |
| Paid Holidays | $28.85 | 8.0 | $230.77 | $461.54 |
| Paid Time Off | | | | $692.31 |
| Commission | | | $0.00 | $2,850.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $1,153.85 | $23,619.29 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $72.89 | $1,742.89 |
| Social Security | $71.54 | $1,464.40 |
| Medicare | $16.73 | $342.48 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $71.54 | $1,464.40 |
| Medicare | $16.73 | $342.48 |
| FUTA | $0.00 | $41.99 |

| | | | |
|---|---:|---|---:|
| NY State Withholdings Tax | $55.23 | $1,175.76 | |
| | | NY Reemployment | $0.00     $8.87 |
| New York City Tax | $38.60 | $809.42 | |
| | | NY SUI | $0.00     $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---:|---:|
| Gross Earnings | $1,153.85 | $23,619.29 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $254.99 | $5,534.95 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $898.86 | $18,084.34 |
| Total Reimbursements | $0.00 | $150.00 |
| Meal | $0.00 | $150.00 |
| Check Amount | $898.86 | $18,234.34 |

**Paid Time Off Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 16.00 |

**Sick Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 40.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 8.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: Off-Cycle Payroll  
May 1, 2021 - May 31, 2021 Pay Day: Jun 16, 2021  
Michael Mussetter's bank account ( . . . 7123): $1,613.20

973-908-7410

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | | | | $17,307.75 |
| Total Hours Worked | | 0.0 | | |
| Paid Holidays | | | | $461.54 |
| Paid Time Off | | | | $692.31 |
| Commission | | | $2,200.00 | $5,050.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $2,200.00 | $25,819.29 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $214.29 | $1,957.18 |
| Social Security | $136.40 | $1,600.80 |
| Medicare | $31.90 | $374.38 |
| NY State Withholdings Tax | $121.24 | $1,297.00 |
| New York City Tax | $82.97 | $892.39 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $136.40 | $1,600.80 |
| Medicare | $31.90 | $374.38 |
| FUTA | $0.00 | $41.99 |
| NY Reemployment | $0.00 | $8.87 |
| NY SUI | $0.00 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,200.00 | $25,819.29 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $586.80 | $6,121.75 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,613.20 | $19,697.54 |

| | | | |
|---|---|---|---|
| Total Reimbursements | | $0.00 | $150.00 |
| Meal | | $0.00 | $150.00 |
| Check Amount | | $1,613.20 | $19,847.54 |

**Paid Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 16.00 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 40.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 8.00 |

# Michael Mussetter Earnings Statement

**Company**

Brooklyn SolarWorks LLC
200 6th St
Suite 3G
Brooklyn, NY 11215
973-908-7410

**Employee**

Michael Mussetter
XXX-XX-1363
41-07 Crescent ST #4B
Long Island City, NY 11101

Pay period: Jun 7, 2021 - Jun 13, 2021 Pay Day: Jun 18, 2021
Michael Mussetter's bank account ( . . . 7123): $898.87

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 40.0 | $1,153.85 | $18,461.60 |
| Total Hours Worked | | 40.0 | | |
| Paid Holidays | | | | $461.54 |
| Paid Time Off | | | | $692.31 |
| Commission | | | $0.00 | $5,050.00 |
| Additional Earnings | | | $0.00 | $2,307.69 |
| Gross Earnings | | | $1,153.85 | $26,973.14 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $72.89 | $2,030.07 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $71.53 | $1,672.33 |

| | | | | | |
|---|---|---|---|---|---|
| Social Security | $71.53 | $1,672.33 | Medicare | $16.73 | $391.11 |
| Medicare | $16.73 | $391.11 | FUTA | $0.00 | $41.99 |
| NY State Withholdings Tax | $55.23 | $1,352.23 | NY Reemployment | $0.00 | $8.87 |
| New York City Tax | $38.60 | $930.99 | NY SUI | $0.00 | $474.57 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

Summary

| Description | Current | Year To Date |
|---|---:|---:|
| Gross Earnings | $1,153.85 | $26,973.14 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $254.98 | $6,376.73 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $898.87 | $20,596.41 |
| Total Reimbursements | $0.00 | $150.00 |
| Meal | $0.00 | $150.00 |
| Check Amount | $898.87 | $20,746.41 |

**Paid Time Off Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 16.00 |

**Sick Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Sick Balance | 40.00 |

**Floating holiday Policy**

| Description | Hours |
|---|---:|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Floating holiday Balance | 8.00 |