## ROSENBERG, MUSSO & WEINER, LLP
### Attorneys At Law

BRUCE WEINER
ROBERT J. MUSSO

LOUIS P. ROSENBERG
(1908-1997)

ROBERT NADEL

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

July 21, 2021

**Via Email Only**

Re:   Adjourned Meeting of Creditors by Trustee

Dear Counsel:

I regret to inform you that, due to an unexpected personal matter, all my meetings scheduled for July 26, 2021 are adjourned to August 11, 2021 at the same scheduled time.

I realize there may be scheduled vacation on August 11, 2021. A further adjournment can be arranged but I need a request.

Thanks.

Very truly yours,

Robert J. Musso

RJM:jg
Encl.